FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 AUG 10 PM 12: 34

CLERK_____
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

EDWARD ALLEN GARDNER, )
)
Plaintiff, )
)
v. ) CASE NO. CV416-140
)
YVONNE PRYOR and MRS. GIBBS, )
)
Defendants. )
_____ )

### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which an objection has been filed (Doc. 8). Because the objections do not correct the deficiencies noted in the Magistrate Judge's Report and Recommendation, the report and recommendation is **ADOPTED** as the Court's opinion and Plaintiff's 42 U.S.C. § 1981 complaint is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this _____ day of August 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA